IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR WADE HOLMES, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:18-CV-978-WHA |
| MOBILE WORK RELEASE (DOC), | ) |
| Defendant. | ) |

**OPINION AND ORDER**

This civil action is now before the court on the Recommendation of the Magistrate Judge entered on November 26, 2018 that this case be transferred to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1406(a). Doc. 3. There are no objections to the Recommendation. After an independent and de novo review of the record, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 3) is ADOPTED.

2. This case is transferred to the United States District Court for the Southern District of Alabama.

3. The application to proceed without prepayment of fees (Doc. 2) is left for resolution after transfer.

The Clerk is DIRECTED to take the appropriate steps to effectuate the transfer of this case.

This case is closed in this court.

DONE this 8th day of January, 2019.

                                    /s/ W. Harold Albritton
                                    SENIOR UNITED STATES DISTRICT JUDGE